| Case | Docket | Date | Judges | Disposition |
|---|---|---|---|---|
| Thompson v. State | 73A04–1605–CR–1149 | 02/09/2017 | KIRSCH, J.<br>ROBB, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Jones v. State | 49A04–1608–CR–1833 | 02/10/2017 | MAY, J.<br>NAJAM, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| McQueen, III v. State | 81A04–1602–CR–281 | 02/10/2017 | ALTICE, J.<br>RILEY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Sutton v. State | 31A01–1603–CR–618 | 02/10/2017 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Fraze v. Floyd County Health Department | 22A01–1605–CC–982 | 02/13/2017 | ROBB, J.<br>KIRSCH, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Goodman v. State | 30A04–1608–CR–1937 | 02/13/2017 | ROBB, J.<br>KIRSCH, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Spang v. Spang | 02A03–1608–DR–1876 | 02/13/2017 | ROBB, J.<br>KIRSCH, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Johnson v. State | 45A03–1606–CR–1478 | 02/13/2017 | ROBB, J.<br>KIRSCH, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Brewer v. State | 49A04–1604–CR–785 | 02/14/2017 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Rubalcada v. State | 82A01–1605–PC–1180 | 02/14/2017 | BAKER, J.<br>MATHIAS, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| A.W. v. State | 20A03–1606–JV–1333 | 02/14/2017 | DARDEN, Sr. J.<br>MAY, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Oliver v. State | 20A03–1606–CR–1519 | 02/14/2017 | BRADFORD, J.<br>VAIDIK C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |